387-08/GMV/BGC
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
Commercial Fleet of Donbass and
Ardemar Marine Limited
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)
Barbara G. Carnevale (BC 1651)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMERCIAL FLEET OF DONBASS and
ARDEMAR MARINE LIMITED,

    Plaintiffs,

 -against-

BRASPACT CO. LTD. a/k/a BRASPACT CO.
LIMITED and STRADCOM RESOURCES (HK)
LIMITED a/k/a STRADCOM RESOURCES,

    Defendants.

08 CV

**RULE 7.1 STATEMENT**

  Plaintiffs Commercial Fleet of Donbass and Ardemar Marine Limited, by and through their attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certify that they are private (nongovernmental) parties, that have no corporate parents and that no publicly held corporation owns 10% or more of their stock.

Dated: New York, New York
   July 22, 2008

          FREEHILL HOGAN & MAHAR, LLP
          Attorneys for Plaintiffs Commercial Fleet of
          Donbass and Ardemar Marine Limited

    By: _____
          Gina M. Venezia (GV 1551)
          Barbara G. Carnevale (BC 1651)
          80 Pine Street
          New York, NY 10005
          (212) 425-1900
          (212) 425-1901 fax

NYDOCS1/309127.1